# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| DEVONTE ROSS, | ) |
|              Petitioner, | ) Case No. CV 14-435 JFW (AJW) |
| | ) |
|        v. | ) |
| | ) ORDER ACCEPTING REPORT AND |
| KELLY SANTORO, WARDEN, | ) RECOMMENDATION OF |
| | ) MAGISTRATE JUDGE |
|           Respondent. | ) |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report.

DATED:  May 15, 2017

_____
John F. Walter
United States District Judge