JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **DEVONTE ROSS,** | ) Case No. CV 14-435-JFW(AJW) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| **KELLY SANTORO, Warden,** | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: May 15, 2017

_____
John F. Walter
United States District Judge